704 A.2d 15

LAURA E. AIELLO v. MUHENBERG REGIONAL MEDICAL
CENTER, ETC., ET AL. AND MAHESH SHAH, M.D.

November 24, 1997.

## ORDER

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.